UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RONDALEE S. LAWRENCE,

        Plaintiff,

                                            Case Number 07-13161-BC

v.                                         Honorable Thomas L. Ludington

UNITED STATES POSTMASTER GENERAL,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS***

This matter is before the Court on a report issued by Magistrate Judge Charles E. Binder on September 18, 2007, recommending Plaintiff Rondalee Lawrence's application to proceed *in forma pauperis* be denied. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The plaintiff's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the conclusion of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt #5] is **ADOPTED** and that Plaintiff's application to proceed *in forma pauperis* [dkt #2] is **DENIED**.

                                                        s/Thomas L. Ludington
                                                        THOMAS L. LUDINGTON
                                                        United States District Judge

Dated: October 17, 2007

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 17, 2007.

                                               s/Tracy A. Jacobs
                                               TRACY A. JACOBS